Robert B. Zelms, Arizona Bar No. 018956
 *rbz@manningllp.com*
Lawton L. Jackson, Arizona Bar No. 032654
 llj@*manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
3636 North Central Avenue, 11th Floor
Phoenix, Arizona 85012
Telephone: (602) 313-5469
*Attorneys for Defendant Kang Mesa Estates, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Fernando Gastelum, | Case No. 2:18-CV-00551-JAT |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Kang Mesa Estates LLC, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** the above-captioned matter has settled. The parties will file a Stipulation for Dismissal within thirty (30) days of this Notice.

RESPECTFULLY SUBMITTED this 15th day of June, 2018.

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:   *s/ Lawton L. Jackson*
      Robert B. Zelms
      Lawton L. Jackson
      *Attorneys for Defendant Kang Mesa Estates, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15th, 2018, I electronically filed the foregoing Joint Stipulated Motion with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF/System which will send notification of such filing to the following:

Peter Strojnik
STROJNIK P.C.
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
ADA@strojnik.com
*Attorneys for Plaintiff*

s/ Diana Drake

4826-6400-3434.1                               1