# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, <br><br>    Plaintiff, <br><br>v. <br><br>Kang Mesa Estates LLC, <br><br>    Defendant. | Case No. CV 18-00551-PHX-JAT <br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties (Doc. 20) and good cause appearing:

**IT IS ORDERED** dismissing the above-entitled cause of action with respect to all claims against all parties, with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 28th day of June, 2018.

_____
James A. Teilborg
Senior United States District Judge

1